**Order entered May 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00585-CV

### IN RE AMERICAN PIPING PRODUCTS, INC., Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13662**

## ORDER

  Before the Court is relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file their responses to the petition, if any, on or before May 22, 2015.

         /s/  ROBERT M. FILLMORE
            JUSTICE